Jonathan S. Kitchen (CA SBN 80270)
Elaine Wang (CA SBN 213808)
**LINER YANKELEVITZ**
  **SUNSHINE & REGENSTRIEF LLP**
199 Fremont Street, Suite 2000
San Francisco, California  94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Attorneys for Plaintiff
ALTOTECH II, LP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ALTOTECH II, LP, a California Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>OPTIVA, INC., a California Corporation; and<br>PAVEL LAZAREV, an individual,<br><br>Defendants. | Case No.    C-04-1464 (SBA)<br><br>**STIPULATION AND ORDER** |

WHEREAS the Parties have reached a tentative settlement in the above entitled matter, and the Court by Order dated June 30, 2005 dismissed the action with leave to any party to file to reopen the case provided such motion is filed by July 15, 2005, and

WHEREAS the Parties desire some additional time to complete the terms of the settlement,

THE PARTIES HEREBY AGREE that the deadline for any party to file a motion to reopen the case and reschedule the trial date should be extended by a further thirty (30) days to August 14, 2005.

1    Dated: July ____, 2005                    REED SMITH LLP

2

3                                              By:    _____

4                                                     Bernard J. Casey
                                                      Attorneys for Defendants
5                                                     PAVEL LAZAREV

6

7    Dated: July ____, 2005                    MORRISON & FOERSTER LLP

8

9                                              By:    _____
                                                      D. Anthony Rodriguez
10                                                    Attorney for Defendants
                                                      OPTIVA, INC.
11

12   Dated: July ____, 2005                    LINER YANKELEVITZ SUNSHINE &
                                               REGENSTREIF LLP
13

14                                             By:    _____

15                                                    Jonathan S. Kitchen
                                                      Attorney for Plaintiff
16                                                    ALTOTECH II, LP

17

18   NOW THEREFORE, for good cause appearing, **IT IS HEREBY ORDERED** that the deadline for

19   moving to reopen the case set by the Court's Order of June 16, 2005 is hereby extended to August 14,

20   2005.

21

22   Dated: July 25, 2005                      s/Saundra Brown Armstrong
                                               Sandra Brown Armstrong
23                                             United States District Judge

24

25

26

27

28

---

Case No. C-04-1464 (SBA)                                          STIPULATION AND PROPOSED

0096505/001/ 21613v01

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

i